## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thornton, Byron C | Case Number:  08 B 17512 |
| Thornton, Dona L | Judge:  Squires, John H |
| Printed: 01/29/09 | Filed:  7/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  October 8, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,500.00 |
| Totals: | 2,500.00 | 2,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 31,973.05 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 5. | American Express Centurion | Unsecured | 145.61 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 1,460.02 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 164.69 | 0.00 |
| 8. | American Express Centurion | Unsecured | 1,387.41 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 16,714.03 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 942.03 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 128.11 | 0.00 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 14. | Gleneagle Trail Condominium Association | Secured | | No Claim Filed |
| 15. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 16. | Illinois Designated Account Purchase | Unsecured | | No Claim Filed |
| 17. | Wachovia Education Fin | Unsecured | | No Claim Filed |
| 18. | Lake Forest Graduate School | Unsecured | | No Claim Filed |
| 19. | Gastro Association Of Olympia Fields | Unsecured | | No Claim Filed |
| 20. | Citizens Bank | Unsecured | | No Claim Filed |
| 21. | Diamond Resorts | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Lioncrest Homeowners Assoc | Unsecured | | No Claim Filed |
| 24. | Harris & Harris | Unsecured | | No Claim Filed |
| 25. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 26. | Hickory Cardiology Associates, | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thornton, Byron C
Thornton, Dona L
Printed: 01/29/09

Case Number:  08 B 17512
Judge:  Squires, John H
Filed:  7/8/08

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | Ocwen Loan Servicing LLC | Unsecured | | No Claim Filed |
| 29. | South Suburban | Unsecured | | No Claim Filed |
| 30. | Nicor Gas | Unsecured | | No Claim Filed |
| 31. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 32. | St James Anesthesia | Unsecured | | No Claim Filed |
| 33. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 34. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 35. | Household Bank FSB | Unsecured | | No Claim Filed |
| | | | $ 52,914.95 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

